**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:16-CR-87-JTM-JPK |
| | ) | |
| SHANTERRA JONES, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON A HEARING ON WAIVER OF PROBATION REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
       UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On April 22, 2019, the United States Government appeared by counsel Assistant United States Attorney Diane Berkowitz. Defendant Shanterra Jones appeared in person and by counsel Roxanne Mendez Johnson and in the custody of the United States Marshal. United States Probation Officer James Holm appeared.

A hearing on waiver of probation revocation hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On March 24, 2017, Defendant Shanterra Jones pled guilty to the Count 3 charge in the Indictment (distribution of 3, 4 methylenedioxy-methamphetamine (MDMA)).

On September 5, 2017, Judge James T. Moody sentenced Defendant Shanterra Jones to probation for a term of three years subject to mandatory and discretionary conditions of supervision.

On February 27, 2019, the United States Probation Department filed a Petition for Warrant for Offender Under Supervision, (ECF No. 85), alleging that Defendant Shanterra Jones violated

the terms and conditions of her probation. On February 27, 2019, an arrest warrant was issued. On March 1, 2019, Defendant Shanterra Jones was arrested, and the Initial Appearance was held.

On March 7, 2019, the United States Probation Office filed a Summary Report of Violations. (ECF No. 94)

On March 21, 2019, an Agreed Disposition of Probation Violations was filed, signed by Defendant Shanterra Jones, counsel for Defendant Shanterra Jones, Assistant United States Attorney Diane Berkowitz, and United States Probation Officer James Holm was filed. (ECF No. 95).

On April 11, 2019, Defendant Shanterra Jones, by counsel, filed a Waiver of Probation Revocation/Modification Hearing. (ECF No. 100)

On April 11, 2019, Judge James T. Moody issued an Order referring the case to the undersigned Magistrate Judge for a Report and Recommendation on the Waiver of Probation Revocation/Modification Hearing, specifically regarding whether defendant knowingly and voluntarily waives her right to a Rule 32.1(b)(2) probation revocation hearing and whether defendant knowingly and voluntarily entered into the Agreed Disposition of Probation Violations.

As a result of the April 22, 2019 hearing on waiver of probation revocation hearing, the undersigned Magistrate Judge **FINDS** that:

1.      Defendant Shanterra Jones has been advised of her right to remain silent, her right to counsel, her right to a probation revocation hearing, and her rights in connection with such a hearing, including the right to a written notice of the alleged probation violation (which Defendant has received), the right to disclosure of the evidence against her, the right to the opportunity to appear, present evidence, and question any adverse witness unless the court determines that the interest of justice does not require the witness to appear, the right to retain counsel or to request

that counsel be appointed if she cannot obtain counsel (Defendant is represented by appointed counsel), and the right to the opportunity to make a statement and present any information in mitigation;

2.	Defendant Shanterra Jones understands the proceedings, the allegations, and her rights;

3.	Defendant Shanterra Jones knowingly, freely, voluntarily, and intentionally entered into the Agreed Disposition of Probation Violations (ECF No. 95); and

4.	Defendant Shanterra Jones knowingly, freely, voluntarily, and intentionally waived her right to a probation revocation hearing.

The undersigned Magistrate Judge **RECOMMENDS**, pursuant to 28 U.S.C. § 636(b)(3), to Judge James Moody that he find that:

6.	Defendant Shanterra Jones knowingly, freely, voluntarily, and intentionally entered into the Agreed Disposition of Probation Violations (ECF No. 95); and

7.	Defendant Shanterra Jones knowingly, freely, voluntarily, and intentionally waived her right to a probation revocation hearing.

At the hearing, the parties waived the 14-day period in which to file objections to these Findings and Recommendation.

So ORDERED this 22nd day of April, 2019.

s/ Joshua P. Kolar
MAGISTRATE JUDGE JOSHUA P. KOLAR
UNITED STATES DISTRICT COURT