UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:16 CR 87 |
| | ) | |
| SHANTERRA JONES | ) | |

**O R D E R**

On February 27, 2019, the United States Probation Department filed a Petition for Warrant for Offender Under Supervision, alleging that defendant Shanterra Jones violated the terms and conditions of her probation. (DE # 85.) On March 21, 2019, the Government and defendant stipulated to an Agreed Disposition of the Petition. (DE # 95.)

On April 11, 2019, defendant filed a notice that she intended to waive her rights to a Rule 32.1(b)(2) probation revocation hearing. (DE # 100.) The same day, this court referred this matter to United States Magistrate Judge Joshua P. Kolar for a report and recommendation on defendant's notice (DE # 100), specifically regarding whether defendant knowingly and voluntarily waived the right to a Rule 32.1(b)(2) probation revocation hearing, and whether defendant knowingly and voluntarily entered into the Agreed Disposition. (DE # 101.)

After a hearing, Magistrate Judge Kolar issued his findings and recommendations. (DE # 104.) The parties have waived objections. (*Id.*) Accordingly, the Magistrate Judge's findings and recommendations are now **ADOPTED** and the court finds: (1) defendant Shanterra Jones knowingly, freely, voluntarily, and intentionally entered into the Agreed Disposition of Probation Violations (DE # 95); and

(2) defendant Shanterra Jones knowingly, freely, voluntarily, and intentionally waived her right to a probation revocation hearing.

Pursuant to the Agreed Disposition of Probation Violations (DE # 95), defendant Shanterra Jones is now **ADJUDGED** to have committed the violation of probation described in the February 27, 2019, Petition and Agreed Disposition (DE ## 85, 95). Defendant Shanterra Jones' term of probation is **REVOKED** and she is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of four (4) months. Upon her release from the Bureau of Prisons, defendant shall be discharged from any further term of probation.

**SO ORDERED.**

Date: April 24, 2019

s/James T. Moody  
JUDGE JAMES T. MOODY  
UNITED STATES DISTRICT COURT